JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKC GLOBAL, LLC, et al.,<br>    Plaintiffs,<br><br>           v.<br><br>NETFLIX, INC.,<br>    Defendant. | CV 22-8847 DSF (KSx)<br><br>JUDGMENT |

The Court having granted a motion to dismiss without leave to amend,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: June 13, 2023

          *Dale S. Fischer*
          Dale S. Fischer
          United States District Judge